BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2758

**FILED**
JUL 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: )   S.W. NO. 12-SW-270-GGH
)
1436 South San Joaquin Street, )   [PROPOSED] ORDER
Stockton, CA. )   FOR UNSEALING WARRANT AND
)   SEARCH WARRANT AFFIDAVIT
)
)
)
)
)

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: July 20, 2012

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge